66

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

James De Anda, et al §
§
versus §
§ CIVIL ACTION 93-70
Lopez Supermarket §
§

## Order Setting Hearing

United States District Court
Southern District of Texas
ENTERED

OCT 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

(Status)

1. A hearing will be held before Judge Hilda G. Tagle on: December 1, 1998 at 9:30 A.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on October 23, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.