67

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

M. Martin Pena, et al §
§
§
versus §
§ CIVIL ACTION 93-70
§
Lopez Sup §
§

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Order ~~Resetting~~ *Cancelling* Hearing

The hearing set _December 1, 98 at 9:30 A.M._ has been ~~reset~~ *Cancelled* to:

_____,

at _____.m.

Signed on _November 5_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge