68

United States District Court
Southern District of Texas
ENTERED

DEC 02 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARTIN PENA and ) | |
| TERESA PENA ) | |
| ) | |
| VS ) | Civil Action No. B-93-070 |
| ) | |
| LOPEZ SUPERMARKETS, INC., ) | |
| DIVERSIFIED CONSULTANTS ) | |
| and PRUDENTIAL INSURANCE ) | |

### ORDER OF DISMISSAL

On the 7th day of October, 1998, the above-entitled and numbered cause of action came on to be heard. The Court having reviewed the pleadings and motions on file is of the opinion that Third Party Plaintiff's Motion to Dismiss should be granted.

It is therefore, ORDERED, ADJUDGED and DECREED that Third Party Plaintiff, Lopez Supermarkets, Inc.'s Third Party Action against Third Party Defendant, Diversified Consultants, is hereby DISMISSED WITH PREJUDICE to the refiling of same.

All costs of court are to be taxed to the party incurring the same.

DONE this 2nd day of December, 1998 in Brownsville, Texas.

United States District Judge  12/2/98